# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SCOTT BALUSS, DIEGO LUPERCIO, KIERSTEN SHERMAN and ROLANDA OLIVER, individually and on behalf of And others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AURORA GROUP, INC., a Georgia Corporation, and BRANDIE PARK, an Individual,<br><br>    Defendants. | CIVIL ACTION<br>NO. 1:12-CV-02125-ODE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, hereby file this stipulation of dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), seeking to dismiss with prejudice all of the claims of the Plaintiffs in this action against the Defendants.

Respectfully submitted this 15th day of October, 2012.

| | |
|---|---|
| /s/ *Ainsworth G. Dudley* | /s/ *David R. Kresser, Esq.* |
| Ainsworth G. Dudley, Esq. | David R. Kresser, Esq. |
| Georgia Bar No. 231745 | Georgia Bar No. 429615 |
| /s/ *David Selby* | Edward N. Boehm, Jr. Esq. |
| Georgia Bar No. 557101 | Georgia Bar No. 183411 |
| 4200 Northside Parkway | FISHER & PHILLIPS, LLP. |
| Building 1, Suite 200 | 1075 Peachtree Street, NE |
| Atlanta, GA 30327 | Suite 350 |
| Telephone: (404) 687-8205 | Atlanta, GA 30309 |
| Email: dudleylaw@imnisp.com | Telephone: (404) 231-1400 |
| | Facsimile: (404) 240-4249 |
| Counsel for Plaintiffs | Email: dkresser@laborlawyers.com |
| | Counsel for Defendants |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTT BALUSS, DIEGO LUPERCIO, KIERSTEN SHERMAN and ROLANDA OLIVER, individually and on behalf of And others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AURORA GROUP, INC., a Georgia Corporation, and BRANDIE PARK, an Individual,<br><br>    Defendants. | CIVIL ACTION<br>NO. 1:12-CV-02125-ODE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM-ECF system which I understand will send a notice of electronic filing to all counsel of record.

/s/*David R. Kresser*
David R. Kresser

Counsel for Defendants